# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

VICTORIO EL-GENO HINTON,

             Petitioner

         v.

PA. DEPT OF CORRECTIONS, CORIZON HEALTH CARE SERVICES, SUPERINTENDENT TABB BECKELL, SUPERINTENDENT TABB BICKELL, DEPUTY FACILITY MGR J. ECKARD, LT SECURITY EDWARD MORRISON, GRIEVANCE COORDINATOR CONNIE GREEN, CHIEF GRIEVANCE COORDINATOR DORINA VARNER, CHF GRIEVANCE COORDINATOR ROBIN M. LEWIS, CORRECTIONS OFFICER KYLE, CORRECTIONS OFFICER RIGGLEMAN, CORRECTIONS OFFICER J. MCCLASKEY A/K/A CORRECTIONS OFFICER J. MCCLOSEKY A/K/A CORRECTIONS OFFICER J. MCCLOWSKEY, CORRECTIONS OFFICER M.W. LONG, CORRECTIONS OFFICER WESTOVER A/K/A CORRECTIONS OFFICER WESTOVEN, SGT CORRECTIONS OFFICER TAYLOR, MED DIR RONALD LONG, HEALTH CARE ADMIN MARY LOU SHOWALTER, RN ROBERT LYNCH, RN SEAN MCCORKLE, COUNSELOR MEGAN YOST,

             Respondents

No. 119 WM 2019

## ORDER

**PER CURIAM**

     **AND NOW**, this 10th day of March, 2020, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED.  Petitioner has 30 days in which to submit his Petition for Allowance of Appeal.